USDC SCAN INDEX SHEET

















JAH    10/23/00    10:33

3:00-CV-02128    USA V. CURRENCY US $17000

*1*

*CMP.*

GREGORY A. VEGA
United States Attorney
RUPERT A. LINLEY
Special Assistant U.S. Attorney
California State Bar No. 48213
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )   Civil No.. '00 CV 2128 IEG (JFS)
                               )
              Plaintiff,       )   COMPLAINT FOR
                               )   FORFEITURE
     v.                        )
                               )
$17,000.00 IN U.S. CURRENCY,   )
                               )
              Defendant.       )
                               )
_____)

By way of complaint against the defendant, $17,000.00 IN U.S. CURRENCY, the United States of America alleges:

1.    This court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Sections 1345 and 1355, and Title 21, United States Code, Section 881.

2.    Venue is proper in this district pursuant to 21, United States Code, 881(j) because the acts or omissions giving rise to the forfeiture occurred in this district.

3.    The defendant consist of United States funds in the amount of $17,000.00

4.    On May 18, 1995, a United Parcel Service package containing $17,000.00 in U.S. currency was sent by G.K. Smith in Florida to Sean Dea in Carlsbad, California.  The money was payment for 30 pounds of

2000v00637:RAL:ah

1   marijuana that had been shipped to Smith.  On May 19, 1995, Drug
2   Enforcement Administration special agents searched Dea's residence
3   with his consent and located the package containing the money and the
4   receipt for the marijuana sent to Smith.

5       5.   Plaintiff repeats and realleges each and every allegation
6   set forth in paragraphs 1 through 3 above.

7       6.   The defendant property constitutes money or other things of
8   value furnished in exchange for a controlled substance, in violation
9   of Title 21, United States Code, Section 841.

10      7.   As a result of the foregoing, the defendant property is
11  liable to condemnation and to forfeiture to the United States for its
12  use  in  accordance  with  Title  21,  United  States  Code,  Section
13  881(a)(6).

14      8.   The  defendant  currency  is  presently  stored  within  the
15  jurisdiction of this court.

16      WHEREFORE,  the United States prays that due process issue to
17  enforce the forfeiture of the defendant, and that due notice be given
18  to all interested parties to appear and show cause why said forfeiture
19  should not be declared.

20      DATED: _10/20/00_

21                          GREGORY A. VEGA
                            United States Attorney
22

23

24                          RUPERT A. LINLEY
                            Special Assistant U.S. Attorney
25

26

27

28

                                2

```
 1   GREGORY A. VEGA
     United States Attorney
 2   RUPERT A. LINLEY
     Special Assistant U.S. Attorney
 3   California State Bar No. 48213
     Federal Office Building
 4   880 Front Street, Room 6293
     San Diego, California 92101-8893
 5   Telephone: (619) 557-5979

 6   Attorneys for Plaintiff
     United States of America
 7
```

8                 UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10  UNITED STATES OF AMERICA, | ) | Civil No. |
| | ) | |
| 11                   Plaintiff, | ) | DECLARATION OF |
| | ) | ROBERT PATTON |
| 12       v. | ) | |
| | ) | |
| 13  $17,000.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| 14                   Defendant. | ) | |
| | ) | |
| 15  _____ | ) | |

16       I, Robert Patton, hereby state and declare as follows:

17       1.   I   am   a   Special   Agent   with   the   Drug   Enforcement

18  Administration and am chiefly responsible for this litigation.

19       2.   I have read the foregoing complaint and know its contents.

20       3.   The information in the complaint was furnished by official

21  Government sources.

22       Based on this information, I believe the allegations in the

23  complaint to be true.

24       I declare under penalty of perjury that the foregoing is true and

25  correct, to the best of my knowledge and belief.

26       Executed on  _October 20_____ , 2000.

27

28                           S/A  _Robert A. Patton_____
                             ROBERT PATTON
                             S/A DEA

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| **UNITED STATES OF AMERICA** | $17,000.00 IN U.S. CURRENCY, |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    San Diego <br> (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    [Defendant <br> (IN U.S. PLAINTIFF CASES ONLY) <br><br> NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) <br><br> RUPERT LINLEY <br> 880 FRONT STREET, RM 6293 <br> SAN DIEGO, CA 92101-8893 <br> (619) 557-5979 | ATTORNEYS (IF KNOWN) <br><br> '00 CV 2128 IEG (JFS) |

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- [x] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in This | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

### TITLE 21, UNITED STATES CODE, SECTION 881(a)(6)

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] Marine | [ ] 310 Airplane | [ ] 362 Personal Injury- | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC | [ ] 410 Antitrust |
| [ ] Miller Act | [ ] 315 Airplane Product | Medical Malpractice | [x] 625 Drug Related | PROPERTY RIGHTS | [ ] 430 Banks and Banking |
| [ ] Negotiable Instrument | [ ] 320 Assault, Libel & | [ ] 365 Personal Injury - | of Property 21 USC881 | [ ] 820 Copyrights | [ ] 450 Commerce/ICC |
| [ ] 150 Recovery of &Enforcement of Judgment | [ ] 330 Federal Employers' Liability | Product Liability | [ ] 630 Liquor Laws | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Product Liability | [ ] 640 RR & Truck | [ ] 840 Trademark | [ ] 470 Racketeer Influenced Corrupt Organizations |
| [ ] 152 Recovery of Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | PERSONAL PROPERTY | [ ] 650 Airline Regs | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 153 Recovery of of Veterans Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 660 Occupational | [ ] 861 HIA (1395ff) | [ ] 850 Exchange |
| [ ] 160 Stockholders Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 690 Other | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge |
| [ ] Other Contract | [ ] 360 Other Personal | [ ] 380 Other Personal Property Damage | LABOR | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product | | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards 720 Labor/Mgmt. Relations | [ ] 864 SSID Title XVI | [ ] 892 Economic |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 730 Labor/Mgmt. Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Habeas Corpus | [ ] 740 Railway Labor Act | FEDERAL TAX SUITS | [ ] 894 Energy Allocation |
| [ ] 220 Foreclosure | [ ] 442 Employment | | [ ] 790 Other Labor | [ ] 870 Taxes (U.S. or Defendant) | [ ] 895 Freedom of |
| [ ] 230 Rent Lease & | [ ] 443 | [ ] 530 General | [ ] 791 Empl. Ret. Inc. | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Under Equal Access to |
| [ ] 240 Tort to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | [ ] Security Act | | [ ] 950 Constitutionality of |
| [ ] 245 Tort Product | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | | | [ ] 890 Other Statutory |
| [ ] 290 All Other Real | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prisoner Conditions | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | [ ] CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: <br> JURY DEMAND: [ ] YES [ ] NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY (See | JUDGE | Docket Number |
|---|---|---|

DATE   10/20/00

SIGNATURE OF ATTORNEY OF RECORD <br> RUPERT A. LINLEY, SAUSA